# IN THE SUPREME COURT OF THE STATE OF NEVADA

QUICK VALET, LLC, A NEVADA
CORPORATION,

      Petitioner,

  vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JAMES CROCKETT, DISTRICT
JUDGE,

      Respondents,

  and

RACHEL SIDOR, AS PARENT AND
NATURAL GUARDIAN OF JAMES
JOURNI WHITE, JR., A MINOR AS
HEIR OF THE ESTATE OF JAMES
JOSEPH WHITE, DECEASED; JANICE
LACEY, AS SPECIAL
ADMINISTRATOR OF THE ESTATE
OF JAMES JOSEPH WHITE,
DECEASED; K-KEL, INC., D/B/A
SPEARMINT RHINO LOUNGE,

      Real Parties in Interest.

No. 69721

FILED

OCT 04 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this writ petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-30828

cc:    Hon. James Crockett, District Judge
Alverson Taylor Mortensen & Sanders
Lawrence C. Hill
Stephenson & Dickinson
Eglet Prince
Eighth District Court Clerk